The award should be reversed, and the claim dismissed. (*Ferro v. Sinsheimer Estate, Inc.*, 256 N. Y. 398, and *Matter of Seymour v. Odd Fellows' Home*, 267 id. 354.)

Crapser, J., concurs.

In the Matter of the Claim of BESSIE ARRANDT, Appellant, against BORDEN's FARM PRODUCTS, INC., Respondent. STATE INDUSTRIAL BOARD, Respondent.— Motion granted, with ten dollars costs to the appellant against the employer, on the ground that the moving papers show by page reference to the typewritten record that there is evidence of a common-law marriage. Affidavits in opposition point to no evidence to the contrary. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of DIAMOND L. BUDD, Appellant, against THE JAMESTOWN LOUNGE COMPANY and Another, Respondents. STATE INDUSTRIAL BOARD, Respondent.— Motion denied, with leave to renew upon papers to which is attached a typewritten record, and a brief pointing out the grounds upon which a reversal is being asked, the brief to contain reference by page to the typewritten record. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

CARROLL O. DOUGHTY, as Administrator, etc., of FRANKLIN W. DOUGHTY, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23291.) — Order dismissing appeal set aside and appeal reinstated, on condition that the appellant perfects appeal, files and serves printed record and brief on or before April 15, 1936, and is ready for argument at the next term. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

FRANCES HUBBELL, as Administratrix of FAYETTE HUBBELL, Deceased, Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23373.) — Order dismissing appeal set aside and appeal reinstated, on condition that the appellant perfects appeal, files and serves printed record and brief on or before April 15, 1936, and is ready for argument at the next term. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Application of SAM KOSENIK, the Foster Uncle of MARY YONCHIK, an Infant under the Age of Fourteen Years, for the Appointment of a Guardian ad Litem.— Motion denied, with ten dollars costs. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILLIAM LA PIERRE, Petitioner, Appellant, v. THOMAS H. MURPHY, as Warden of Clinton Prison, Dannemora, New York, Respondent.— Motion for leave to appeal as a poor person pursuant to chapter 722 of the Laws of 1935, denied. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

JOHN MUSSEN, as Guardian of FRANKLIN MUSSEN, etc., Appellant, v. THE STATE OF NEW YORK, Respondent. (Claim No. 23374.) — Order dismissing appeal set aside and appeal reinstated, on condition that the appellant perfects appeal, files and serves printed record and brief on or before April 15, 1936, and is ready for argument at the next term. Present — Hill, P. J., Rhodes, Crapser, Bliss and Heffernan, JJ.

In the Matter of the Claim of FRED WOOD, Respondent, against SENECA IRON AND STEEL COMPANY and Another, Appellants. STATE INDUSTRIAL BOARD, Respondent.— Motion for reargument denied. Motion for leave to appeal to